1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No.  6:17-mj-00015-MJS |
12 |         Plaintiff,             |                        |
13 |     v.                         | **MOTION TO DISMISS; AND ORDER THEREON** |
14 | JULIAN EMMANUEL MARTINELLI,    |                        |
15 |         Defendant.             |                        |

16

17       Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

18  Court endorsed hereon, the United States hereby moves the Court for an order of

19  dismissal without prejudice and in the interest of justice.

20

21

22       Dated:  July 25, 2017                 NATIONAL PARK SERVICE

23
                                                /S/ Susan St. Vincent
24                                              Susan St. Vincent
                                                Legal Officer
25

26

27

28
                                          1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Martinelli* 6:16-mj-00015-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  July 25, 2017            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE